IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

TERESA R. OLSEN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

    Defendant.

Case No. 3:l0-CV-631-HZ

ORDER FOR EAJA FEES

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$4810.49** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 24l2. It is further ordered that such fees are payable to Plaintiff's attorney Richard A. Sly, and mailed to said Plaintiff's attorney, subject to any allowable treasury offset. See *Astrue v. Ratliff*, 130 U.S. 2521 (June 14, 2010).

Dated: October 26, 2011.

/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff